FILED & ENTERED

MAY 19 2008

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF               :

ABNER OSORIO LOPEZ            :        CASE NO. 08-00172(SEK)

    DEBTORS                  :        CHAPTER  13

------------------------------------

## OPINION AND ORDER

This petition for bankruptcy was filed on January 16, 2008. Notice of deficient filing was sent to Debtor on January 17, 2008, apprising him that failure to file the required documents within the period of time granted, or to request an extension of time to comply, would cause the dismissal of the case without further notice. Debtor did not comply, and did not request an extension of time. On January 30, 2008, the case was dismissed.

On April 14, 2008, Debtor requested relief from the dismissal order pursuant to Fed. R. Of Civ. P. 60(b), arguing that there was excusable neglect for his failure to file the plan, comply with the notice of deficient filing, and attend the § 341 Meeting of creditors. We scheduled a hearing to consider the request for reconsideration for May 8, 2008.

On May 2, 2008, the Administration of Child Support Enforcement of Puerto Rico (ASUME) opposed Debtor's request, claiming he owed $15,940.00 in child support obligation. In addition, he had not complied with 11 U.S.C. § 1307(C)(11), as he owes $1000.00 in post petition arrears.

Debtor did not reply to ASUME's opposition, did not attend the May 8th , hearing.



Wherefore, the Urgent Motion for Relief is denied. This case remains dismissed.

**SO ORDERED,** in San Juan, Puerto Rico, on May 19, 2008.

SARA DE JESUS
U.S. Bankruptcy Judge